## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

**Kathi Sue Evans**                                                                 **Plaintiff**

**v.**                   **CASE NO. 3:14CV00019 JTR**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                    **Defendant**

## JUDGMENT

Pursuant to the Memorandum and Order filed on this date, judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

Dated this 6th day of February, 2015.

_____
United States Magistrate Judge